To the Honorable Judge John E Jones III,

I would like to let the court know that I'm taking full responsibility for my actions in this case and the role I played, however I understand the sentence you have to impose on me in accordance to my guidelines. I pray, nevertheless that you will consider a few factors in my situation that will hopefully impel you to sentence me in the mitigated range. On November 2nd, 2016 I did agree to sell Leroy "Lil Lee" Johnson a gun. "Lil Lee" Johnson was somebody I looked up to, he was a role model to me. Since I did not have a father figure in my life. My father has been incarcerated since I was born. Leroy "Lil Lee" Johnson was like a role model to me, and the kids growing up in the projects. And someone that everybody (myself included) looked up to. When he asked me for something or to do something I did it. On the date of November 2nd, 2016 he called me asking for a gun. And I told him I didn't have one, but I could possibly get one for him. At the time I did not know he was working as a confidential informant or for the York County Drug Task Force and the A.T.F or the F.B.I. after talking to Mr. Leroy Johnson I called some of my friends to see if they could help me find a gun. Once I found one we agreed to meet so he could buy it.

I would like to apologize to the courts, my family and the community for my actions in which I now know that my actions reflect on everybody. And I also understand by me taking part of this sale of this firearm, it could have gotten into the hands of someone else a caused a bigger problem. I would like to say that I am sorry to the court, and my family whom I realize that I have hurt and embarrassed.

I truly feel grateful that things haven't/didn't take a turn for the worst and that I was able to sit and reflect on my decisions and realize that this isn't the life I want or need to live. I have two young children who need me in their lives and am deeply appreciative to their mothers' for being by my side and allowing my children to know that their father made a mistake, but will do everything he can to get back to them and make up for not being their for a lot of things I'm sure they would've liked me to be.

This is my first time incarcerated, and I think about a lot of things that I never thought about before when I was home. Namely how my behavior not only affected me but other individuals. I always thought I had a victimless crime until I seen firsthand how my actions affected other people.

Your Honor, I thought I had it made I took everything I built and earned for granted. And I let a lot of people down. I started making poor decisions that I regret to this day and wish I could go back in time to change, but I can't. Guilt be haunting me and putting me in a depressive state of mind. And I'm sorry for not thinking better. I'm sorry for the bad decisions, and not listening to my mother at times. And I'm sorry for not being the person I can truly be. And I'm sorry for losing my freedom and leaving the mothers' of my children alone to raise them alone. And last but not least I'm sorry for breaking the law.

Your Honor, Please take into consideration what I've said today and have mercy on me.

Sincerely,
Lykeem A Bethune

# William Penn Senior High School



This is to certify that

**Lykeem Bethune**

has satisfactorily fulfilled the requirements for graduation as prescribed for this High School and therefore is awarded this

## Diploma

Given at York, Pennsylvania, June 6, 2017.

*Brandon T. Carter*
Principal

*Eric B. Holmes, Ed.D.*
Superintendent

SCHOOL DISTRICT OF THE CITY OF YORK · PENNSYLVANIA

*Margie Orr*
President

*Wendy S. Wanty*
Secretary



Family-Child Resources, Inc.

3995 East Market Street
York, PA 17402-2773

Date: March 27, 2018

has completed an 8-week course titled *Parenting Issues*. This 8-week course consists of independent 1-hour class modules. Classes provide the opportunity to develop skills in various areas of parenting such as parent-child communication, dealing with anger in children, handling sibling rivalry, stress management/coping skills etc. This course was designed to help parents enhance their parenting skills by using democratic methods, thereby creating a family environment in which their children can grow.

April Reed
Instructor



Family-Child Resources, Inc.

3995 East Market Street
York, PA 17402-2773

has completed an 8-week course titled *Parenting Solutions*. This course was designed to help parents enhance their parenting by using democratic methods, thereby creating a family environment in which their children can grow.

Date: March 26, 2018

April Reed
Instructor

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF YORK

DEFENSE COPY

**Tom Kearney**
DISTRICT ATTORNEY

YORK COUNTY
JUDICIAL CENTER
45 NORTH GEORGE ST.
YORK, PA. 17401
(717) 771-9600 Office
(717) 771-9738 Fax

**STIPULATIONS:**   LAB RESULTS   CRIMENS FALSI   HOSPITAL RECORDS

Stipulated to on the record on : _____ (date)

RE:   Commonwealth v. _Lykeem Bethune_   PRS _5_

Case No(s). CP-67-CR-000 _8332_ -20 _16_

| Charges: | | OGS: | Range: |
|---|---|---|---|
| Count 1: | RSP | 8 | 27-33 |
| Count 2: | Sm Amt | 1 | RS-15 |
| Count 3: | Persons Not to | 6 | 21-27 |
| Count 4: | Possess | | |

Case No(s). CP-67-CR-000 _____ -20 ___

| Charges: | OGS: | Range: |
|---|---|---|
| Count 1: | | |
| Count 2: | | |
| Count 3: | | |
| Count 4: | | |

Applicable Mandatories: _____

Commonwealth makes the following plea agreement offer to be accepted on/before the Pretrial Conf.

Ct. 1: _30 mo - 60 mo SCI_

Ct.2: _____

Ct.3: _21 mo - 42 mo concurrent to ct 1_

Ct.4(1): _____

Ct.5(2): _____

Ct 6(3): _____

Susan Emmons
(717) 771-9600 x 368
**Sr. Deputy Prosecutor**
Sremmons@yorkcountypa.gov

Caleb Enerson
(717) 771-9600 x 343
**Deputy Prosecutor**
Ccenerson@yorkcountypa.gov

17 CR 126

## COMMONWEALTH OF PENNSYLVANIA
## COUNTY OF YORK



**Tom Kearney**
DISTRICT ATTORNEY

YORK COUNTY
JUDICIAL CENTER
45 NORTH GEORGE ST.
YORK, PA. 17401
(717) 771-9600 Office
(717) 771-9738 Fax

**STIPULATIONS:**     LAB RESULTS          CRIMENS FALSI          HOSPITAL RECORDS

Stipulated to on the record on : _____ (date)

RE:   Commonwealth v. _Bethure, Ly keen_____          PRS _5_

Case No(s). CP-67-CR-000 _2519_ -20 _16_

Charges: Count 1: _PNP (F2)_____ OGS: _10_      Range: _60-60_

Count 2: _Firearms not / Carried w/o Lic. (F1)_ OGS: _9_   Range: _42-42_

Count 3: _Sh. Ant (M)_____ OGS: _1_      Range: _15d -15d_

Count 4: _Reap (M2)_____ OGS: _3_      Range: _12-12_

Case No(s). CP-67-CR-000_____-20____

Charges: Count 1:_____ OGS:_____ Range:_____

Count 2:_____ OGS:_____ Range:_____

Count 3:_____ OGS:_____ Range:_____

Count 4:_____ OGS:_____ Range:_____

Applicable Mandatories:_____

Commonwealth makes the following plea agreement offer to be accepted on/before the Pretrial Conf.

Ct. 1: _5-10 y SCI, Costs_____

Ct.2:_____

Ct.3:_____

Ct.4(1):_____

Ct.5(2):_____

Ct.6(3):_____

---

Kelley Nelson
(717) 771-9600 x 345
**Sr. Deputy Prosecutor**
**Supervising Attorney**
Klnelson@yorkcountypa.gov

Caleb Enerson
(717) 771-9600 x 343
Deputy Prosecutor
Ccenerson@yorkcountypa.gov

Mark Calore
(717) 771-9600 x 358
Deputy Prosecutor
Mrcalore@yorkcountypa.gov